### 3039.  HERNDON *v.* THE STATE.

RUSSELL, J. 1. The case on its merits is controlled by *Sessions* v. *State,* 6 *Ga. App.* 336 (3), (64 S. E. 1101), and by *Plummer* v. *State,* 8 *Ga. App.* 379 (69 S. E. 28).

2. The alleged newly discovered testimony is insufficient to require a new trial.                              *Judgment affirmed.*

DECIDED AUGUST 4, 1911.

Accusation of sale of liquor; from city court of Dublin—Judge Hawkins    October 17, 1910.

*S. P. New, R. Earl Camp,* for plaintiff in error.

*W. C. Davis, solicitor,* contra.